**Dismissed and Memorandum Opinion filed March 13, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00180-CR

_____

### KENDRICK ROMAINE HICKS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1260216**

## M E M O R A N D U M   O P I N I O N

A jury convicted appellant of murder. On November 3, 2011, the trial court sentenced appellant to confinement for ten years in the Institutional Division of the Texas Department of Criminal Justice. No timely motion for new trial was filed. Appellant's pro se notice of appeal was not filed until February 20, 2012. Appellant filed a motion to extend time to file his notice of appeal, but the motion was not filed until February 16, 2011.

A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). The time for filing the notice of appeal may be extended if, within fifteen days of the deadline for filing the notice of appeal, the appellant files the notice of appeal and a motion complying with Rule 10.5(b). *See* Tex. R. App. P. 26.3; 10.5(b). Appellant's notice of appeal was not filed within fifteen days of the deadline.

A notice of appeal that complies with the requirements of Rule 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Brown, and Christopher.
Do Not Publish—Tex. R. App. P. 47.2(b).

2